# Court of Appeals
# of the State of Georgia

ATLANTA,___August 06, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A2149.  HOLLY LOY SMITH v. CITY OF ATLANTA et al.**

Holly Loy Smith and her attorneys filed this direct appeal from the trial court's order awarding attorney fees under OCGA § 9-15-14 to five of the defendants. Generally, appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10).  Here, however, it appears that claims remain pending in the trial court.  Because no final judgment has been entered, the appellants were required to follow the interlocutory appeal procedure. See OCGA § 5-6-34 (b); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587 (408 SE2d 103) (1991).  Their failure to do so deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_08/06/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*